THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK WOJCIK, Appellant.

Argued December 3, 1952; decided February 26, 1953.

*Charles J. McDonough* and *Eugene V. Buczkowski* for appellant.

*Charlotte L. Smallwood, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.